THE BOARD OF SUPERVISORS OF ERIE COUNTY, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Argued April 14, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*George M. Browne* for appellant.

*John Cunneen* for respondent.

Agree to affirm on opinion of DWIGHT, J., below.
All concur.
Judgment affirmed.

---

EDWARD J. KING, JR., et al., Respondents, *v.* ISAAC BERNSTEIN, Impleaded, etc., Appellant.

(Argued April 14, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the February term, 1892, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Henry A. Peckham* for appellant.

*Alex. Blumenstiel* for respondents.

Agree to affirm on opinion of VAN BRUNT, J., below.
All concur.
Judgment affirmed.